DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

INVESTORS TITLE INS. CO. v. HERZIG

No. 756PA86.

Case below: 83 N.C. App. 392.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1987.

JAYNES v. STOUT

No. 25P87.

Case below: 83 N.C. App. 542.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

LAWSON v. LAWSON

No. 72PA87.

Case below: 84 N.C. App. 51.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1987.

LEE v. BARKSDALE

No. 757P86.

Case below: 83 N.C. App. 368.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

LEMMONS v. LEMMONS

No. 759P86.

Case below: 83 N.C. App. 542.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.